```
               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

ASHTON JAMARR PHILIP,                )
                                     )
    Plaintiff,                       )
                                     )
vs.                                  )    No. 24-1014-SHM-tmp
                                     )
EXECUTIVE CLEMENCY UNIT, ET AL.,     )
                                     )
    Defendants.                      )

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 9), docketed August 30, 2024, dismissing the case without prejudice.

# APPROVED:

_/s/   Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 30, 2024                        WENDRY R. OLIVER
DATE                                   CLERK

                                        _/s/  Jairo Mendez_
                                       (By) DEPUTY CLERK